THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN E. TEIPER, Appellant.— Motion granted, and order of reversal amended so as to read as follows: " Judgment of conviction and order reversed and new trial granted; the said reversal and granting of a new trial are ordered for errors of law, and as a matter of discretion, the verdict against defendant being against the law, and justice requiring a new trial. Opinion by Kruse, P. J. All concurred, except Foote, J., who dissented in a memorandum, and De Angelis, J., not voting." Held, the judgment of conviction was reversed for the reasons set forth in the opinion. The order as drawn inadvertently limited the grounds of reversal and practically withdrew most of those stated in the opinion. The order should be amended to conform to the opinion. (See 186 App. Div. 830–844.)

JAMES W. DOUGHERTY, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

ANDREW C. BONNETT, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed.

EMILY PRATT, as Executrix, etc., Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed.

EDWARD DeLANO, Appellant, v. GUSTAV H. POPPENBERG, Respondent. — Motion granted and appeal dismissed, with costs.

CORA M. GLOWNER, Respondent, v. GERRITT V. LOUGHBOROUGH, as Executor, etc., and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

B. DEVEREUX BARKER and Others, Respondents, v. JAMES M. E. O'GRADY, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

BRAYTON P. HADLEY, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed, unless appellant shall be ready for argument on May twelfth.

FRANK B. RADICE, Respondent, v. NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, CONN., Appellant.— Motion to dismiss appeal denied, but case may be added to present calendar as soon as printed records and briefs are filed.

In the Matter of the Estate of MORRIS T. SMITH, Deceased. (Claim of JOHN W. SNOOK.) — Motion to dismiss appeal granted, unless appellant shall file and serve printed records and briefs on appeal within ten days after service of copy of this order with notice of entry.

JACOB ORESTER, Respondent, v. THE DAYTON RUBBER MANUFACTURING COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.